IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

RONALD "JOE" DURASTANTI                                                                  PLAINTIFF

VS.                                                           CIVIL ACTION NO. 3:17-cv-00679-DPJ-FKB

LIFE INSURANCE COMPANY OF NORTH
AMERICA d/b/a CIGNA GROUP INSURANCE                                         DEFENDANT

**Stipulation of Dismissal With Prejudice**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), due to full and final settlement, this matter, and all claims herein, are hereby fully and finally dismissed with prejudice.

Respectfully submitted, this the 25th of October, 2017.

/s/ Rogen K. Chhabra
Rogen K. Chhabra
Ray L. Gustavis
Chhabra & Gibbs, P.A.
120 N. Congress Street, Suite 200
Jackson, Mississippi 39201
Telephone:   (601) 948-8005
Facsimile:   (601) 948-8010
Email: rchhabra@cglawms.com
       rgustavis@cglawms.com
*Counsel for plaintiff Ronald "Joe" Durastanti*


/s/ William F. Ray
William F. Ray
William F. Ray (MSB No. 4654)
Watkins & Eager PLLC
400 East Capitol Street
Jackson, Mississippi 39201
Post Office Box 650
Jackson, Mississippi 39205
Telephone:   (601) 965-1900
Facsimile:   (601) 965-1901
Email: wray@watkinseager.com
*Counsel for defendant Life Insurance Company of North America*

CERTIFICATE OF SERVICE

   I, William F. Ray, attorney for defendant Life Insurance Company of North America, hereby certify that I have this day electronically filed the foregoing pleading with the Clerk of the Court and served the pleading using the ECF system which sent notification to the following counsel of record:

Rogen K. Chhabra
Ray L. Gustavis
Chhabra & Gibbs, P.A.
120 N. Congress Street, Suite 200
Jackson, Mississippi 39201

This the 25th day of October, 2017.

                /s/ William F. Ray
                William F. Ray